**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARLOS EUGENIO COXAJ GARCIA, | : | Civil No. 1:26-CV-02586 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF PIKE COUNTY CORRECTIONAL FACILITY, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Carlos Eugenio Coxaj Garcia. (Doc. 1.) Because Petitioner has been released from custody, the court finds that his petition is moot and will be dismissed.

On September 8, 2026, Petitioner filed this petition for writ of habeas corpus against the Warden of Pike County Correctional Facility. (Doc. 1.) He argues that his continued detention without an individualized bond hearing violates his due process rights. (*Id.*) Before a response was due, Respondents filed a notice advising the court that Petitioner was released from custody on September 16, 2026. (Doc. 8.) Respondent submits that Petitioner's petition is now moot and should be dismissed. (*Id.*)

Generally, a petition for habeas corpus becomes moot when the petitioner is released from custody before the petition has been addressed on the merits. *DeFoy*

*v. McCullough*, 393 F.3d 439, 441 (2005) (citing *Lane v. Williams*, 455 U.S. 624, 631 (1982)). This is so because for a case or controversy to exist, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.* (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990)). Here, even if Petitioner was successful on the merits of his petition, there is no action to be redressed by this court since Petitioner was released pursuant to a court order issued by Judge Joseph F. Saporito, and he is no longer detained by Respondents. For this reason, Petitioner's petition is moot and will be dismissed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 21, 2026